# United States Bankruptcy Court
## Western District of Louisiana

In re: Regan & J. Linda Gullott
Debtor(s)

Case No.: 17-30191

Chapter: 13

### Statement Under Penalty of Perjury Concerning Payment Advices Due Pursuant to 11 USC §521(A)(1)(B)(iv)

I*, Regan Gullott, Debtor's Name, state as follows:

I did not file with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer due to one of the following:

____ (a) I was not employed during the period immediately preceding the filing of the above-referenced case _____
Please enter dates not employed.

____ (b) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

____ (c) I am self-employed and do not receive any evidence of payment;

✓ (d) Other (Please Explain, i.e. Retired, etc.) No income except SS Disability

I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

Dated: 2-6-2017

Regan Gullott
Signature of Debtor

* A separate form must be filed by each Debtor.