```
15:05:19 Thursday, January 26, 2017

   PY3CM              LA TECH UNIVERSITY CHECK DETAIL                01/26/17
      101 60 441                                                         EFT
   SSN:                NAME: GULLATT JO LINDA              PAY DATE: 01/27/17

   ---------- E A R N I N G S -----------    ------ TAXES AND DEDUCTIONS ----------
   Description     Hours    Rate   Current  Code Description      Current  Yr-to-Date
   REGULAR WAGES    48.7   11.54    562.00  *010 LASERS 7.5% RE     42.15       76.42
                                             041 MEDICARE            6.57       11.62
       CURRENT GROSS                562.00   090 FEDERAL TAX         1.00        1.00
       CURRENT NET                  399.27   091 STATE TAX           4.00        4.00
       YTD GROSS                  1,018.98  *413 PPO HEALTH EMP     87.78      175.56
       YTD SHELT RETIREMENT          76.42  *551 DENTAL INS EMP     17.83       35.66
       YTD SHELT CAFETERIA          218.03  *556 VISION INS EMP      3.40        6.81
       YTD INVESTMENTS                0.00           TOTAL         162.73      311.07
       YTD TAXABLE GROSS            724.53        * Deduction Fully/Partly Sheltered




   PF6-Fis Acct              PF12-Adjust              CLEAR-Return to History
```

```
15:05:12 Thursday, January 26, 2017

   PY3CM                   LA TECH UNIVERSITY CHECK DETAIL               01/26/17
      101 60 441                                                             EFT
   SSN:                  NAME: GULLATT JO LINDA              PAY DATE: 01/13/17

   ---------- E A R N I N G S -----------    ------ TAXES AND DEDUCTIONS ----------
   Description    Hours    Rate    Current  Code Description     Current  Yr-to-Date
   REGULAR WAGES   39.6   11.54     456.98  *010 LASERS 7.5% RE    34.27      34.27
                                             041 MEDICARE          5.05       5.05
       CURRENT GROSS                456.98  *413 PPO HEALTH EMP   87.78      87.78
       CURRENT NET                  308.64  *551 DENTAL INS EMP   17.83      17.83
       YTD GROSS                    456.98  *556 VISION INS EMP    3.41       3.41
       YTD SHELT RETIREMENT          34.27       TOTAL            148.34     148.34
       YTD SHELT CAFETERIA          109.02    * Deduction Fully/Partly Sheltered
       YTD INVESTMENTS                0.00
       YTD TAXABLE GROSS            313.69




   PF6-Fis Acct            PF12-Adjust              CLEAR-Return to History
```

```
   PY3CM                 LA TECH UNIVERSITY CHECK DETAIL             01/26/17
      101 60 441                                                          EFT
   SSN:              NAME: GULLATT JO LINDA              PAY DATE: 12/29/16

   ---------- E A R N I N G S -----------   ------ TAXES AND DEDUCTIONS ----------
   Description     Hours    Rate   Current  Code Description      Current Yr-to-Date
   REGULAR WAGES    80.0   11.54    923.20  *010 LASERS 7.5% RE     69.24  1,768.56
                                             041 MEDICARE           13.39    306.14
      CURRENT GROSS                 923.20   090 FEDERAL TAX        51.00    907.00
      CURRENT NET                   765.57   091 STATE TAX          19.00    404.00
      YTD GROSS                  23,598.15  *413 PPO HEALTH EMP      0.00  1,972.08
      YTD SHELT RETIREMENT        1,768.56  *551 DENTAL INS EMP      0.00    427.92
      YTD SHELT CAFETERIA         2,481.72  *556 VISION INS EMP      0.00     81.72
      YTD INVESTMENTS                 0.00   297 UNITED WAY          5.00    130.00
      YTD TAXABLE GROSS          19,347.87   226 SPORTS FEES         0.00     90.00
                                             288 PARKING DECAL       0.00     40.00
                                                        TOTAL      157.63  6,127.42
                                             * Deduction Fully/Partly Sheltered



   PF6-Fis Acct              PF12-Adjust                CLEAR-Return to History
```

```
   PY3CM                LA TECH UNIVERSITY CHECK DETAIL              01/26/17
      101 60 441                                                         EFT
   SSN:              NAME: GULLATT JO LINDA            PAY DATE: 12/16/16

   ---------- E A R N I N G S ----------    ------ TAXES AND DEDUCTIONS ----------
   Description     Hours    Rate    Current  Code Description      Current  Yr-to-Date
   REGULAR WAGES   80.0    11.54     923.20  *010 LASERS 7.5% RE     69.24    1,699.32
                                              041 MEDICARE           11.81      292.75
      CURRENT GROSS                  923.20   090 FEDERAL TAX        35.00      856.00
      CURRENT NET                    678.14   091 STATE TAX          15.00      385.00
      YTD GROSS                   22,674.95  *413 PPO HEALTH EMP     87.78    1,972.08
      YTD SHELT RETIREMENT         1,699.32  *551 DENTAL INS EMP     17.83      427.92
      YTD SHELT CAFETERIA          2,481.72  *556 VISION INS EMP      3.40       81.72
      YTD INVESTMENTS                  0.00   297 UNITED WAY          5.00      125.00
      YTD TAXABLE GROSS           18,493.91   226 SPORTS FEES         0.00       90.00
                                              288 PARKING DECAL       0.00       40.00
                                                        TOTAL       245.06    5,969.79
                                              * Deduction Fully/Partly Sheltered


   PF6-Fis Acct            PF12-Adjust                CLEAR-Return to History
```

```
   PY3CM                LA TECH UNIVERSITY CHECK DETAIL                01/26/17
      101 60 441                                                            EFT
   SSN:              NAME: GULLATT JO LINDA              PAY DATE: 12/02/16

   ----------- E A R N I N G S -----------    ------ TAXES AND DEDUCTIONS ----------
   Description       Hours   Rate   Current  Code Description       Current Yr-to-Date
   REGULAR WAGES      80.0   11.54   923.20  *010 LASERS 7.5% RE      69.24   1,630.08
                                             041 MEDICARE            11.81     280.94
        CURRENT GROSS                923.20  090 FEDERAL TAX         35.00     821.00
        CURRENT NET                  678.13  091 STATE TAX           15.00     370.00
        YTD GROSS                 21,751.75  *413 PPO HEALTH EMP     87.78   1,884.30
        YTD SHELT RETIREMENT       1,630.08  *551 DENTAL INS EMP     17.83     410.09
        YTD SHELT CAFETERIA        2,372.71  *556 VISION INS EMP      3.41      78.32
        YTD INVESTMENTS                0.00  297 UNITED WAY           5.00     120.00
        YTD TAXABLE GROSS         17,748.96  226 SPORTS FEES          0.00      90.00
                                             288 PARKING DECAL        0.00      40.00
                                                        TOTAL       245.07   5,724.73
                                               * Deduction Fully/Partly Sheltered


   PF6-Fis Acct              PF12-Adjust                CLEAR-Return to History
```

```
PY3CM             LA TECH UNIVERSITY CHECK DETAIL          01/26/17
    101 60 441                                                  EFT
SSN: 4              E: GULLATT JO LINDA           PAY DATE: 11/18/16
---------- E A R N I N G S -----------  ------ TAXES AND DEDUCTIONS ----------
Description      Hours    Rate    Current  Code Description       Current Yr-to-Date
REGULAR WAGES     80.0   11.54     923.20  *010 LASERS 7.5% RE      69.24   1,560.84
                                            041 MEDICARE            11.89     269.13
    CURRENT GROSS                 923.20    090 FEDERAL TAX         35.00     786.00
    CURRENT NET                   683.18    091 STATE TAX           16.00     355.00
    YTD GROSS                  20,828.55   *413 PPO HEALTH EMP      81.66   1,796.52
    YTD SHELT RETIREMENT        1,560.84   *551 DENTAL INS EMP      17.83     392.26
    YTD SHELT CAFETERIA         2,263.69   *556 VISION INS EMP       3.40      74.91
    YTD INVESTMENTS                 0.00    297 UNITED WAY           5.00     115.00
    YTD TAXABLE GROSS          17,004.02    226 SPORTS FEES          0.00      90.00
                                            288 PARKING DECAL        0.00      40.00
                                                TOTAL              240.02   5,479.66
                                           * Deduction Fully/Partly Sheltered



PF6-Fis Acct              PF12-Adjust              CLEAR-Return to History
```

```
PY3CM                LA TECH UNIVERSITY CHECK DETAIL            01/26/17
    101 60 441                                                     EFT
SSN:                NAME: GULLATT JO LINDA          PAY DATE: 11/04/16

---------- E A R N I N G S -----------   ------ TAXES AND DEDUCTIONS ----------
Description      Hours    Rate   Current Code Description     Current  Yr-to-Date
REGULAR WAGES     78.0   11.54    900.12 *010 LASERS 7.5% RE    67.51    1,491.60
                                         041 MEDICARE          11.56      257.24
    CURRENT GROSS                 900.12 090 FEDERAL TAX       33.00      751.00
    CURRENT NET                   655.15 091 STATE TAX         15.00      339.00
    YTD GROSS                  19,905.35 *413 PPO HEALTH EMP   81.66    1,714.86
    YTD SHELT RETIREMENT        1,491.60 *551 DENTAL INS EMP   17.83      374.43
    YTD SHELT CAFETERIA         2,160.80 *556 VISION INS EMP    3.41       71.51
    YTD INVESTMENTS                 0.00 297 UNITED WAY         5.00      110.00
    YTD TAXABLE GROSS          16,252.95 226 SPORTS FEES        0.00       90.00
                                         288 PARKING DECAL     10.00       40.00
                                              TOTAL           244.97    5,239.64
                                         * Deduction Fully/Partly Sheltered



PF6-Fis Acct            PF12-Adjust              CLEAR-Return to History
```

```
   PY3CM              LA TECH UNIVERSITY CHECK DETAIL              01/26/17
      101 60 441                                                      EFT
   SSN:              NAME: GULLATT JO LINDA              PAY DATE: 10/21/16

   ---------- E A R N I N G S ------------   ------ TAXES AND DEDUCTIONS ----------
   Description    Hours    Rate    Current  Code Description       Current  Yr-to-Date
   REGULAR WAGES   75.2   11.54    867.81  *010 LASERS 7.5% RE       65.09   1,424.09
                                            041 MEDICARE             11.09     245.68
       CURRENT GROSS                867.81  090 FEDERAL TAX          30.00     718.00
       CURRENT NET                  629.74  091 STATE TAX            14.00     324.00
       YTD GROSS                 19,005.23 *413 PPO HEALTH EMP       81.66   1,633.20
       YTD SHELT RETIREMENT       1,424.09 *551 DENTAL INS EMP       17.83     356.60
       YTD SHELT CAFETERIA        2,057.90 *556 VISION INS EMP        3.40      68.10
       YTD INVESTMENTS                0.00  297 UNITED WAY            5.00     105.00
       YTD TAXABLE GROSS         15,523.24  226 SPORTS FEES           0.00      90.00
                                            288 PARKING DECAL        10.00      30.00
                                                    TOTAL           238.07   4,994.67
                                            * Deduction Fully/Partly Sheltered




   PF6-Fis Acct              PF12-Adjust                CLEAR-Return to History
```

```
   PY3CM                    LA TECH UNIVERSITY CHECK DETAIL                    01/26/17
       101 60 441                                                                   EFT
   SSN:                  AME: GULLATT JO LINDA                 PAY DATE: 10/07/16

   ---------- E A R N I N G S -----------   ------ TAXES AND DEDUCTIONS ----------
   Description    Hours    Rate    Current  Code Description      Current Yr-to-Date
   REGULAR WAGES   66.9   11.54     772.03  *010 LASERS 7.5% RE     57.90   1,359.00
                                            041 MEDICARE            9.70     234.59
        CURRENT GROSS                772.03  090 FEDERAL TAX        21.00     688.00
        CURRENT NET                  555.53  091 STATE TAX          10.00     310.00
        YTD GROSS                 18,137.42 *413 PPO HEALTH EMP     81.66   1,551.54
        YTD SHELT RETIREMENT       1,359.00 *551 DENTAL INS EMP     17.83     338.77
        YTD SHELT CAFETERIA        1,955.01 *556 VISION INS EMP      3.41      64.70
        YTD INVESTMENTS                0.00  297 UNITED WAY          5.00     100.00
        YTD TAXABLE GROSS         14,823.41  226 SPORTS FEES         0.00      90.00
                                             288 PARKING DECAL      10.00      20.00
                                                        TOTAL      216.50   4,756.60
                                             * Deduction Fully/Partly Sheltered



   PF6-Fis Acct             PF12-Adjust                  CLEAR-Return to History
```

```
PY3CM              LA TECH UNIVERSITY CHECK DETAIL            01/26/17
   101 60 441                                                      EFT
SSN:              NAME: GULLATT JO LINDA              PAY DATE: 09/23/16

---------- E A R N I N G S -----------      ------ TAXES AND DEDUCTIONS ----------
Description      Hours    Rate    Current  Code Description       Current  Yr-to-Date
REGULAR WAGES    80.0     11.54    923.20  *010 LASERS 7.5% RE      69.24    1,301.10
                                            041 MEDICARE            11.89      224.89
      CURRENT GROSS                923.20   090 FEDERAL TAX         35.00      667.00
      CURRENT NET                  673.18   091 STATE TAX           16.00      300.00
      YTD GROSS                 17,365.39  *413 PPO HEALTH EMP      81.66    1,469.88
      YTD SHELT RETIREMENT       1,301.10  *551 DENTAL INS EMP      17.83      320.94
      YTD SHELT CAFETERIA        1,852.11  *556 VISION INS EMP       3.40       61.29
      YTD INVESTMENTS                0.00   297 UNITED WAY           5.00       95.00
      YTD TAXABLE GROSS         14,212.18   226 SPORTS FEES          0.00       90.00
                                            288 PARKING DECAL       10.00       10.00
                                                         TOTAL     250.02    4,540.10
                                              * Deduction Fully/Partly Sheltered


PF6-Fis Acct              PF12-Adjust              CLEAR-Return to History
```

```
PY3CM                  LA TECH UNIVERSITY CHECK DETAIL              01/26/17
    101 60 441                                                           EFT
SSN:                 NAME: GULLATT JO LINDA            PAY DATE: 09/09/16

---------- E A R N I N G S -----------    ------ TAXES AND DEDUCTIONS ----------
Description      Hours   Rate   Current  Code Description        Current  Yr-to-Date
REGULAR WAGES     80.0   11.54   923.20  *010 LASERS 7.5% RE      69.24    1,231.86
                                          041 MEDICARE            11.89      213.00
    CURRENT GROSS                923.20   090 FEDERAL TAX         35.00      632.00
    CURRENT NET                  683.17   091 STATE TAX           16.00      284.00
    YTD GROSS                 16,442.19  *413 PPO HEALTH EMP      81.66    1,388.22
    YTD SHELT RETIREMENT       1,231.86  *551 DENTAL INS EMP      17.83      303.11
    YTD SHELT CAFETERIA        1,749.22  *556 VISION INS EMP       3.41       57.89
    YTD INVESTMENTS                0.00   297 UNITED WAY           5.00       90.00
    YTD TAXABLE GROSS         13,461.11   226 SPORTS FEES          0.00       90.00
                                                        TOTAL    240.03    4,290.08
                                           * Deduction Fully/Partly Sheltered


PF6-Fis Acct              PF12-Adjust                 CLEAR-Return to History
```

```
PY3CM                 LA TECH UNIVERSITY CHECK DETAIL              01/26/17
    101 60 441                                                         EFT
SSN:                  NAME: GULLATT JO LINDA            PAY DATE: 08/26/16

---------- E A R N I N G S ------------   ------ TAXES AND DEDUCTIONS ----------
Description    Hours   Rate    Current  Code Description     Current  Yr-to-Date
REGULAR WAGES   80.0   11.54    923.20  *010 LASERS 7.5% RE    69.24   1,162.62
                                         041 MEDICARE          11.89     201.11
    CURRENT GROSS                923.20  090 FEDERAL TAX       35.00     597.00
    CURRENT NET                  683.18  091 STATE TAX         16.00     268.00
    YTD GROSS                 15,518.99 *413 PPO HEALTH EMP    81.66   1,306.56
    YTD SHELT RETIREMENT       1,162.62 *551 DENTAL INS EMP    17.83     285.28
    YTD SHELT CAFETERIA        1,646.32 *556 VISION INS EMP     3.40      54.48
    YTD INVESTMENTS                0.00  297 UNITED WAY         5.00      85.00
    YTD TAXABLE GROSS         12,710.05  226 SPORTS FEES        0.00      90.00
                                                      TOTAL   240.02   4,050.05
                                         * Deduction Fully/Partly Sheltered


PF6-Fis Acct              PF12-Adjust                CLEAR-Return to History
```

```
PY3CM              LA TECH UNIVERSITY CHECK DETAIL              01/26/17
    101 60 441                                                      EFT
SSN:             NAME: GULLATT JO LINDA            PAY DATE: 08/12/16
```

```
---------- E A R N I N G S -----------     ------ TAXES AND DEDUCTIONS ----------
Description      Hours    Rate    Current  Code Description      Current  Yr-to-Date
REGULAR WAGES    80.0    11.54     923.20  *010 LASERS 7.5% RE     69.24    1,093.38
                                            041 MEDICARE           11.89      189.22
     CURRENT GROSS                 923.20   090 FEDERAL TAX        35.00      562.00
     CURRENT NET                   683.17   091 STATE TAX          16.00      252.00
     YTD GROSS                  14,595.79  *413 PPO HEALTH EMP     81.66    1,224.90
     YTD SHELT RETIREMENT        1,093.38  *551 DENTAL INS EMP     17.83      267.45
     YTD SHELT CAFETERIA         1,543.43  *556 VISION INS EMP      3.41       51.08
     YTD INVESTMENTS                 0.00   297 UNITED WAY          5.00       80.00
     YTD TAXABLE GROSS          11,958.98   226 SPORTS FEES         0.00       90.00
                                                      TOTAL       240.03    3,810.03
                                             * Deduction Fully/Partly Sheltered
```

```
PF6-Fis Acct              PF12-Adjust                CLEAR-Return to History
```