# Chapter 13 Plan Cover Page *
**Debtor(s):** Regan & Jo Linda Gullatt
**Case Number:** 17-30191
**Counsel to Debtor(s):** James W. Spivey II

| | | | | |
|---|---|---|---|---|
| I (A) | **Monthly Plan Payment** $175.00 | **Estimated Term** 60 months | **Direct Pay or Payroll Deduction** Payroll Deduction | -------- / <u>Below</u>  Median (B22 C line 23) **Marital Status**  ( Married) **# of persons in Household**: 3 |
| I (B) | **Additional Sums Debtor Shall Remit to Chapter 13 Trustee**: ------ (yes, source)  No  (no) (50% pledge of any personal injury proceeds applies.) | | | |
| II (A) (1)-(3) | **Real Estate To Be Paid Directly by Debtor or Satisfied by Surrender of Property**: <u>4116 Hwy 145, Choudrant, LA 71227</u> Is this the Debtor's primary residence? : Yes (Yes) ------ (No) **Total Secured Claims – Real Estate** $25,887.00 **(II(B)(6)(a))** | **Creditors Satisfied By Surrender**: (Collateral – Creditor) | **Other Direct Payment(s)** **(Except in unusual circumstances, only the current monthly mortgage payment may be paid directly):** _____ / _____ (Collateral-Creditor-Amount of Payment) Are the payment(s) made by a co-obligor or third party ------ (Yes) ------ (No) Relationship to Debtor(s): If Payment is made by co-obligor, is same listed on Schedule H: ------ (Yes) ------ (No) If the address on Schedule H is the same address of co-obligor, please explain : _____ | |
| II(B)(5) | **Counsel Compensation** : "NO LOOK FEE" $3,600.00 + $395.00 cost advanced for a total of $3,995.00 Counsel elects to file Application for Compensation (hearing to be noticed per 11 U.S.C. §330) In accordance with the March 5, 2010 Order, the "No Look" fee is presumed to Include advances for filing fees or other expenses made by debtor's counsel pre-confirmation. | | | |
| | **Proposed Distribution to Unsecured Class:** | | $2,058.40 / 6.17% | Total of Unsecured Obligations of Schedule F: $33,349.86 |
| II(B)(4) | **Executory Contracts:** (Rent-to-Own Contracts on furnishings, storage Buildings, etc. are not favored.)   (creditor) $0.00 / month   (creditor) $0.00 / month | | $3,000.00 PMSI (Tower Loan)  5.00% Interest   Total:$3,396.60 $0.00 PMSI (Creditor)  0 % Interest         Total:$0.00 $0.00 PMSI (Creditor) 0% Interest            Total:$0.00 | |
| II(B)(6)(b) Secured Movables | §506 Inapplicable $0.00  Value/Claim (Creditor) 0 % Interest – Total: $ | | §506 Inapplicable $0.00  Value / Claim (Creditor)  0 % interest – Total: $ | |
| II(B)(7) | **Domestic Support Obligation:** | | $0.00  / months | |
| II(B)(8) | **Unsecured Priority Tax Claims(s):** | $0.00 Federal | $0.00 State(s) | $0.00 (Total Tax Claims) |
| II(B)(9) | **Student Loan Obligations: Fed Loan Service** | | Total  $0.00     $0.00   Paid over term (Matured / Deferred / Current / Direct Pay)  <u>(Current)</u> | |

* Recommended use of the Cover Page is for the convenience of the Court and other parties at interest. In the event of a conflict between a Confirmed Plan and the Cover Sheet, the Plan shall control.  Unless otherwise directed the Cover Sheet shall accompany only the Original Plan.