# Notice Recipients

District/Off: 0536−3  User: admin  Date Created: 02/17/2017
Case: 17−30191  Form ID: pdf1  Total: 38

**Recipients of Notice of Electronic Filing:**
ust  Office of U. S. Trustee  USTPRegion05.SH.ECF@usdoj.gov
tr  E. Eugene Hastings (Ch 13 Trustee)  ecftr@ch13monroe.com
aty  James W. Spivey, II  office@jspiveylaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  Regan Gullatt  4116 Highway 145  Choudrant, LA 71227
jdb  Jo Linda Gullatt  4116 Highway 145  Choudrant, LA 71227
smg  State of Louisiana, Dept. of Labor  Delinquent Accounts Unit  POB 44127  Baton Rouge, LA 70804
smg  Louisiana Department of Revenue and Taxation  Attn: Bankruptcy Division  P.O. Box 66658  Baton Rouge, LA 70896
smg  Louisiana Department of Labor  Attn: Kathy Bookter  P.O. Box 94094  Baton Rouge, LA 70804−9094
7262878  21st Mortgage Corp  620 Market St Ste 100  Knoxville, TN 37902
7262879  Account Control Bureau  850 Olive St Ste A  Shreveport, LA 71104
7262880  Action Revenue Recover  910 Bres Ave  Monroe, LA 71201
7262881  American Medical Collection  4 Westchester Plaza Suite 110  Elmsford, NY 10523
7262882  Brentwood Outpatient Clinic  1006 Highland Avenue  Shreveport, LA 71101
7262883  Capital One Bank Usa N  15000 Capital One Dr  Richmond, VA 23238
7262884  Chase  POB 6026  Mailcode IL 1−0054  Chicago, IL 60680−6026
7262885  Clinical Pathology Laboratories  P.O. Box 141669  Austin, TX 78714
7262886  Cr Bureau Of The South  600 Common St  Shreveport, LA 71101
7262887  Discover Financial Services  POB 15316  Wilmington, DE 19850
7262888  District Counsel  Internal Revenue Service  POB 30509  New Orleans, LA 70190
7269745  First National Bank of Omaha  1620 Dodge Street, Stop code 3105  Omaha, NE 68197
7262889  Fnb Omaha  Po Box 3412  Omaha, NE 68103
7262890  Fstheritag  3426 Cypress Stree  West Monroe, LA 71291
7262891  Green Clinic  P.O. Box 1594  Ruston, LA 71273−1594
7262893  IRS  Centralized Insolvency Section  11601 Roosevelt Blvd  Mail Drop Point N 781  Philadelphia, PA 19154
7262892  Internal Revenue Service  Insolvency Unit  1555 Poydras, Ste 220, Stop 31  New Orleans, LA 70112
7263216  Internal Revenue Service  POB 7346  Philadelphia PA 19101−7346
7262894  Kay Jewelers  375 Ghent Rd  Fairlawn, OH 44333
7262895  LA Dept of Revenue & Taxation  POB 66658  Baton Rouge, LA 70896
7262896  Lincoln Parish Sheriff  POB 2070  Ruston, LA 71273
7262897  Northern La. Medical Center  401 East Vaughn Ave  Ruston, LA 71270−5950
7262898  Republic Finance  1412 Farmerville Hwy Ste  Ruston, LA 71270
7262899  Stephen Bruce & Associates  POB 808  Edmond, OK 73083
7262900  Stoneleigh Recovery Associates  POB 1479  Lombard, IL 60148−8479
7262901  Syncb/jcp  Po Box 965007  Orlando, FL 32896
7262902  Syncb/walmart  Po Box 965024  Orlando, FL 32896
7262903  Tower Loan of Ruston  POB 1465  Ruston, LA 71273−1465
7262905  US Attorney's Office  Western District of LA  300 Fannin St, Ste 3201  Shreveport, LA 71101
7262904  Union Veterinary Clinic, Inc.  807 Marion Hwy  Farmerville, LA 71241

TOTAL: 35