UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN RE:  REGAN GULLATT
        JO LINDA GULLATT

        Debtor(s)

CASE NO: 17-30191

## COMMENT TO CONFIRMATION OF CHAPTER 13 PLAN

NOW INTO COURT comes E. Eugene Hastings, the Chapter 13 Trustee, who respectfully comments to the confirmation of the Chapter 13 plan proposed by the debtor(s) in the above referenced bankruptcy case for the following reasons:

1.

The Trustee notes that the plan payments are $200.00 per month for 60 months and the attorney is requesting the additional $600.00 in attorney fees to be paid at the end of the plan..

WHEREFORE, the Chapter 13 Trustee moves for any and all relief to which the Chapter 13 Trustee may be entitled under the premises.

Respectfully submitted,
/E/ Eugene Hastings
E. Eugene Hastings, LA Bar Roll #14360
Post Office Box 14839
Monroe, Louisiana 71207
Phone (318) 651-7733
Telecopier (318) 651-774

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Comment has this day been served upon the debtor(s) and the debtors' attorney by placing of the same in the United States Mail, postage prepaid and properly addressed to the addresses of record in this case.
Thus done and signed on the 2nd day of May 2017.

/E/ Eugene Hastings
E. Eugene Hastings