**DONE and SIGNED June 28, 2017.**



_____
**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**United States Bankruptcy Court**
**Western District of Louisiana**
**Monroe Division**

In Re:  REGAN GULLATT      (XXX-XX-3548)                    BK CASE NO:17-30191
        JO LINDA GULLATT  (XXX-XX-0313)

### ORDER CONFIRMING CHAPTER 13 PLAN

      The Debtor(s) Plan was filed on _FEBRUARY 16, 2017_ and modified on _MAY 24, 2017_ .  A summary of the Plan or summary of the final modification of the Plan was transmitted to the creditors under Bankruptcy Rule 3015.  The Court finds that the Plan meets the requirements of 11 U.S.C. § 1325.

      **IT IS ORDERED THAT:**      The Debtor(s) Chapter 13 Plan is confirmed with the following provisions:

1) **Payments:**

    Amount of ☐ Lump Sum or ☐ Sum Total Payment(s):  $____  _Due_ or _Paid_ as of ___.

    Amount of each Monthly Plan Payment:  $ _175.00_  per month for _2_  months ( _3/17 & 4/17) then_

    Amount of each Monthly Plan Payment:  $ _200.00_  per month for the remaining  _58_ months beginning  _MAY 2017._

    Monthly Plan Payments shall be due on the  _6TH_  day of each month, beginning  _MARCH 2017._

    Term of Plan Payments shall be:  _60_  months or until a 100% Dividend is paid to general, unsecured creditors that have timely filed allowable claims.

    Moratorium granted for :  _.

    Special / Additional Provisions:  _

☐ **This Plan Confirmation includes a _30 Day Drop Dead_ provision on all future Plan Payments to the Trustee.**

2) **Plan Payments shall be payable to:**

    _E. Eugene Hastings,_    ☒   **Payroll Deduction is ordered:** Unless previously ordered, the Debtor(s) employer is ordered to deduct
    _Chapter 13 Trustee_           payments from the earnings of the Debtor, draw checks in the name of the Standing Trustee and mail
    _Post Office Box 270_          same on or before each due date reflected above, until further Order of this Court.
    _Memphis, TN 38101-0270_  ☐   **No Payroll Deduction is ordered**

3) **Attorney Fees:**

    The Debtor(s) attorney is awarded a total fee of $ _2,000.00_  of which $ _2,000.00_  is payable from the Bankruptcy Estate pursuant to and in accordance with the Standing Order Regarding "No Look" fees in Chapter 13 cases in the Western District of Louisiana (effective for cases filed on or after February 1, 2017) (the "Fee Order"). Additionally, and provided the Debtor is in compliance with Section 3.B. of the Fee Order, Debtor(s) counsel shall be entitled to receive an additional "No Look" fee in the amount of $600, payable in the last six months of confirmed plan. Currently pending before the court is the issue regarding additional fees up to $3,000.00 no look fee for home mortgage being paid direct, and for costs advanced by the debtor's counsel on behalf of the debtor.

    The Debtor(s) attorney is also awarded a fee in the amount of $ _ for the modification listed above and per fee application.

    ☐ **Attorney Fees capped at $ __, per Court authority.**

4) **Other Provisions:**

        Debtor(s) shall file both Federal and State Income Tax Returns timely.

        Debtor(s) shall provide copies of same to the Standing Chapter 13 Trustee immediately upon filing.

        Debtor(s) are not required to tender tax refunds unless otherwise provided.

        This Order of Confirmation becomes effective only when the filing fees due to the Clerk of the Bankruptcy Court are paid in full.

###