**DONE and SIGNED June 28, 2017.**



_____
JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE

_____

**United States Bankruptcy Court**
**Western District of Louisiana**
**Monroe Division**

In Re:  REGAN GULLATT     (XXX-XX-3548)          BK CASE NO:17-30191
        JO LINDA GULLATT  (XXX-XX-0313)

### ORDER CONFIRMING CHAPTER 13 PLAN

The Debtor(s) Plan was filed on  *FEBRUARY 16, 2017*  and modified on  *MAY 24, 2017* .  A summary of the Plan or summary of the final modification of the Plan was transmitted to the creditors under Bankruptcy Rule 3015.  The Court finds that the Plan meets the requirements of 11 U.S.C. § 1325.

IT IS ORDERED THAT:    The Debtor(s) Chapter 13 Plan is confirmed with the following provisions:

1) **Payments**:

   Amount of ☐ Lump Sum or ☐ Sum Total Payment(s):  $____  *Due* or *Paid* as of  ___ .
   Amount of each Monthly Plan Payment:  $ *175.00*  per month for *2*  months ( *3/17 & 4/17) then*
   Amount of each Monthly Plan Payment:  $ *200.00*  per month for the remaining  *58*  months beginning  *MAY 2017.*
   Monthly Plan Payments shall be due on the  *6TH*   day of each month, beginning  *MARCH 2017.*
   Term of Plan Payments shall be:  *60*  months or until a 100% Dividend is paid to general, unsecured creditors that have timely filed allowable claims.
   Moratorium granted for :  _ .
   Special / Additional Provisions:  _

☐ This Plan Confirmation includes a *30 Day Drop Dead* provision on all future Plan Payments to the Trustee.

2) **Plan Payments shall be payable to**:

   E. Eugene Hastings,       ☒  Payroll Deduction is ordered: Unless previously ordered, the Debtor(s) employer is ordered to deduct
   Chapter 13 Trustee            payments from the earnings of the Debtor, draw checks in the name of the Standing Trustee and mail
   Post Office Box 270           same on or before each due date reflected above, until further Order of this Court.
   Memphis, TN 38101-0270    ☐  No Payroll Deduction is ordered

3) **Attorney Fees**:

   The Debtor(s) attorney is awarded a total fee of $ *2,000.00*  of which $ *2,000.00*  is payable from the Bankruptcy Estate pursuant to and in accordance with the Standing Order Regarding "No Look" fees in Chapter 13 cases in the Western District of Louisiana (effective for cases filed on or after February 1, 2017) (the "Fee Order").  Additionally, and provided the Debtor is in compliance with Section 3.B. of the Fee Order, Debtor(s) counsel shall be entitled to receive an additional "No Look" fee in the amount of $600, payable in the last six months of confirmed plan. Currently pending before the court is the issue regarding additional fees up to $3,000.00 no look fee for home mortgage being paid direct, and for costs advanced by the debtor's counsel on behalf of the debtor.
   The Debtor(s) attorney is also awarded a fee in the amount of $ _  for the modification listed above and per fee application.
   ☐ Attorney Fees capped at $ __, per Court authority.

4) **Other Provisions**:

   Debtor(s) shall file both Federal and State Income Tax Returns timely.
   Debtor(s) shall provide copies of same to the Standing Chapter 13 Trustee immediately upon filing.
   Debtor(s) are not required to tender tax refunds unless otherwise provided.
   This Order of Confirmation becomes effective only when the filing fees due to the Clerk of the Bankruptcy Court are paid in full.

###

```
                         United States Bankruptcy Court
                          Western District of Louisiana
In re:                                                      Case No. 17-30191-JWK
Regan Gullatt                                               Chapter 13
Jo Linda Gullatt
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0536-3        User: kbarnett          Page 1 of 1           Date Rcvd: Jun 28, 2017
                            Form ID: pdf4           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2017.
db/jdb        +Regan Gullatt,   Jo Linda Gullatt,   4116 Highway 145,   Choudrant, LA 71227-3257

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2017 at the address(es) listed below:
              E. Eugene Hastings (Ch 13 Trustee)    ecftr@ch13monroe.com
              James W. Spivey, II    on behalf of Debtor Regan  Gullatt office@jspiveylaw.com,
               amanda@jspiveylaw.com
              Kevin J. Payne    on behalf of Creditor    First Tower Loan, LLC, fka First Tower Loan, Inc., dba
               Tower Loan of Ruston bknotice@rogerscarterlaw.com
              Office of  U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
                                                                                             TOTAL: 4