UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

In Re: Regan Gullatt                       Case No: 17-30191
       Jo Linda Gullatt                     Chapter 13

## NOTICE OF HEARING

The Hearing on the Motion to Approve Settlement and Authorization for Disbursements is set for the 2nd day of September, 2021 at 10:30 a.m., 3rd Floor, Room 310 of the Monroe Federal Courthouse located at 201 Jackson Street, Monroe, Louisiana, 71201.

/s/ James W Spivey II
Attorney at Law
1515 N 7th Street
West Monroe, LA 71291
(318) 387-3666
Bar No. 22160

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

In Re: Regan Gullatt                                                  Case No: 17-30191
       Jo Linda Gullatt                                       Chapter 13

## **CERTIFICATE OF SERVICE**

I certify that the Notice of Hearing, Motion to Approve Settlement and Authorization for Disbursements, and Exhibits were filed using the court's CM/ECF system which generated a "Notice of Electronic Filing" indicating that it was transmitted to the filing party and all registered users of the CM/ECF system having appeared in the case in which the filing is made. Transmission of the Notice of Electronic Filing to a registered user via the CM/ECF system constitutes service of the pleading or other document.

I also certify that I served this Notice on the following non-registered users of the CM/ECF system:

Regan & Jo Linda Gullatt, 777 Styles Ranch Road Choudrant, LA 71227; Casey Denson Law, 4601 Dryades St, New Orleans, LA 70115; Louisiana Tech University, c/o Justin K. Kavalir, P.O. Box 3168, Ruston LA 71272; Decuir, Clark, & Adams, L.L.P, 732 North Boulevard, Baton Rouge, LA 70802; Taylor, Porter, Brooks & Phillips L.L.P, P.O. Box 2471, Baton Rouge, LA 70821-2471; and all the creditors on the attached mailing matrix;

by depositing same in the United States Mail properly addressed and with sufficient postage affixed on the date set forth below.

Date: 07/27/2021                                              /s/ Caitlin Hinton
                                                                                         Legal Assistant
                                                                                          James W Spivey II
                                                                                          Attorney at Law
                                                                                          1515 N 7th Street
                                                                                          West Monroe, LA 71291
                                                                                          Phone: (318) 387-3666
                                                                                          Bar No. 22160