**SO ORDERED.**

**SIGNED August 30, 2021.**

_____
**STEPHEN D. WHEELIS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN RE: REGAN GULLATT  CASE NO: 17BK-30191
JO LINDA GULLATT  CHAPTER 13

### AGREED ORDER TO APPROVE SETTLEMENT AND AUTHORIZATION FOR DISBURSEMENTS

Considering the foregoing *Motion to Approve Settlement and Authorization for Disbursements* by debtor and for the reasons stated therein, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion is hereby GRANTED, and debtor's settlement agreement in *Jo Linda Gullett v. State of Louisiana through the Board of Supervisors for the University of Louisiana System d/b/a Louisiana Tech University, et al.,* Case No. 3:20-cv-00520-JWD-SDJ is hereby approved. Therefore, this Court approves disbursement of the funds in the Trust Account of Casey Denson Law, LLC to be disbursed in the following manner: Legal fees of $40,000.00 (40%) shall be paid to the law firm of Casey Denson Law, LLC; Reimbursement for

costs of $5,430 shall be paid to Casey Denson Law, LLC for costs advanced to the expert economist, production of records, mailings and service of pleadings and subpoenas, and court costs; $26,064.38 to the Trustee, E. Eugene Hastings; $28,155.62 to the Debtor, Jo Linda Gullatt; $350.00 in attorney fees of herein Debtor's counsel in these proceedings, Mr. James W. Spivey, II.

The hearing previously scheduled for September 2, 2021 at 10:30 a.m. which was scheduled to review the issues raised in the aforementioned *Motion to Approve Settlement and Authorization for Disbursements* is cancelled as no hearing is necessary in light of this Order.

###

ORDER WAS PREPARED BY:

/s/ Casey Denson
Casey Denson Law LLC
4601 Dryades Street
New Orleans, LA 70115
(504) 224-0110 (Telephone)
(504) 534-3380 (Fax)

AND

/s/   James W. Spivey II
James W. Spivey II, #22160
1515 North 7th Street
West Monroe, LA 71291
(318) 387-3666

AND APPROVED BY:

/s/ Stacy L. Guice
Stacy L. Guice
Senior Staff Attorney
E. Eugene Hasting, Chapter 13 Trustee
403 Walnut Street
Monroe, LA  71201
Bar Roll # 22,404
Phone Number: (318) 651-7733 (Ext 101)
Fax Number (318) 651-7742