# Notice Recipients

District/Off: 0536−3     User: mbranan     Date Created: 8/30/2021
Case: 17−30191     Form ID: pdf8     Total: 9

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of U. S. Trustee | USTPRegion05.SH.ECF@usdoj.gov |
| tr | E. Eugene Hastings (Ch 13 Trustee) | ecftr@ch13monroe.com |
| aty | James W. Spivey, II | office@jspiveylaw.com |
| aty | Kevin J. Payne | bknotice@rogerscarterlaw.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Regan Gullatt | 777 Styles Ranch Road | Choudrant, LA 71227 | |
| jdb | Jo Linda Gullatt | 777 Styles Ranch Road | Choudrant, LA 71227 | |
| cr | 21st Mortgage Corporation | PO Box 477 | Knoxville, TN 37901 | |
| cr | First Tower Loan, LLC, fka First Tower Loan, Inc., dba Tower Loan of Ruston | | | Rogers, Carter & Payne, LLC    4415 Thornhill Avenue    Shreveport, LA 71106 |
| cr | First Heritage Credit | 3426 Cypress St Ste 13 | West Monroe, LA 71291 | |

TOTAL: 5