UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

In RE: Regan Gullatt
XXX-XX-3548
Debtor

CASE NO.: 17-30191

Chapter 13

Jo Linda Gullatt
XXX-XX-0313
Debtor

---

**NOTICE TO DEBTOR(S) OF REQUIREMENT TO FILE
CERTIFICATION OF CHAPTER 13 DEBTOR REGARDING DOMESTIC SUPPORT OBLIGATIONS
AND 11 U.S.C. §522 (q) EXEMPTIONS**

---

You are hereby notified that the Standing Chapter 13 Trustee's records indicate that all payments due under your confirmed Plan to the Standing Chapter 13 Trustee have been made and the Standing Chapter 13 Trustee will be filing his Final Report and Account not earlier than 30 days from the Entry on the Docket of this Notice and will be requesting that same be approved and that upon approval of such Final Account the Clerk's Office of the United States Bankruptcy Court will close this case pursuant to 11 USC §350(a), 11 USC §1302(b)(1) and Bankruptcy Rule 5009.

## IN ORDER TO RECEIVE A CHAPTER 13 PLAN COMPLETION DISCHARGE

Debtor(s) must file a pleading titled: **"CERTIFICATION OF CHAPTER 13 DEBTOR REGARDING DOMESTIC SUPPORT OBLIGATIONS AND 11 U.S.C. §522(q) EXEMPTIONS"** (a suggested form is on the Court's Website at www.lawb.uscourts.gov) within thirty (30) days of the entry of this notice with the Clerk's Office of the United States Bankruptcy Court wherein debtor(s) request that a discharge be granted under 11 USC §1328(a).

Failure to file the Pleading showing Compliance and Requesting the Issuance of a Discharge will result in your case being closed without an entry of discharge. If the debtor(s) subsequently files a Motion to Reopen the Case to allow for the entry of a discharge, the debtor(s) must pay the full reopening fee due for the filing of the Motion.

/s/ E. EUGENE HASTINGS
**CHAPTER 13 TRUSTEE**
P. O. BOX 14477
MONROE, LA 71207
TELEPHONE: 318.651.7733
ghastings@ch13monroe.com

### CERTIFICATE OF MAILING

I hereby certify that a copy of this Notice was mailed this 5th day of November, 2021, to Regan Gullatt and Jo Linda Gullatt, Debtor(s), and James W. Spivey, II, Debtor(s) Attorney.

Brenda C Fulford
OFFICE OF STANDING CHAPTER 13 TRUSTEE